JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MAY, | Case No. CV 20-4455-JGB (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| FILIPE MARTINEZ, JR., Warden, | |
| Respondent. | |

Pursuant to the Order Dismissing Action for Lack of Subject Matter Jurisdiction, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: July 22, 2020

HONORABLE JESUS G. BERNAL
United States District Judge